BANK OF NEW YORK, Respondent, v. DAVID G. LEGGET, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. [See 267 App. Div. 875.] Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ.

JOSEPH E. BORRELLI, Appellant, v. J. H. TAYLOR CONSTRUCTION CO., INC., Respondent.— Motion for extension of time within which to move for reargument denied, without costs. [See 267 App. Div. 962.] Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ.

BUSH TERMINAL BUILDINGS COMPANY, Respondent, v. BUSH TERMINAL RAILROAD COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. [See 267 App. Div. 991.] Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ.

LENA CANTER et al., Appellants, v. FRANK ARANOW, Respondent.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. [See 181 Misc. 947.] Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ. [See *post*, p. 860.]

FORTUNATA DE PRISCO, an Infant, by FERDINAND DE PRISCO, Her Guardian ad Litem, Respondent, v. MAY'S FUR & READY TO WEAR, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ.

JOHN DOBRANSKI, an Infant, by ANNA DOBRANSKI, His Guardian ad Litem, et al., Respondents, v. "JOHN DOE", as President of the Cooks, Countermen, Soda Dispensers and Assistants Union, Local No. 325, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. [See 267 App. Div. 988.] Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ.

In the Matter of ROBERT E. DINEEN, as Superintendent of Insurance of the State of New York, Respondent. CASINO REALTY CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied. [See 267 App. Div. 995.] Present — Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ.